# PEACE CORPS
## Annual Performance Plan and Appraisal Form

### EMPLOYEE INFORMATION

| | |
|---|---|
| EMPLOYEE PERFORMANCE APPRAISAL RATING PERIOD<br>COVERED: FROM: 01/01/2023 TO: 12/31/2023 | |
| EMPLOYEE NAME (LAST, FIRST, MI):<br>Edd, Evester | POSITION TITLE:<br>Human Resouces Specialist, ELR |
| ORGANIZATION (ex. VRS/R/CHI):<br>OHR/ERL | GRADE:<br>FP-2 |

### INDIVIDUAL PERFORMANCE PLAN

| | | |
|---|---|---|
| RATING OFFICIAL SIGNATURE:<br>[redacted] | RATING OFFICIAL PRINTED NAME AND TITLE: | DATE: |
| REVIEWING OFFICIAL SIGNATURE:<br>[redacted] | REVIEWING OFFICIAL PRINTED NAME AND | DATE: |
| EMPLOYEE SIGNATURE:<br>Edd, Evester Digitally signed by Edd, Evester Date: 2023.04.05 11:53:13 -04'00' | EMPLOYEE PRINTED NAME:<br>Evester Edd | DATE:<br>4/5/2023 |

### MID-YEAR REVIEW

| | | |
|---|---|---|
| RATING OFFICIAL SIGNATURE:<br>[redacted] | RATING OFFICIAL PRINTED NAME AND TITLE: | DATE: |
| REVIEWING OFFICIAL SIGNATURE:<br>[redacted] | REVIEWING OFFICIAL PRINTED NAME AND | DATE: |
| EMPLOYEE SIGNATURE:<br>Edd, Evester Digitally signed by Edd, Evester Date: 2023.08.02 08:02:17 -04'00' | EMPLOYEE PRINTED NAME:<br>Evester Edd | DATE: |

### FINAL PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| RATING OFFICIAL SIGNATURE:<br>[redacted] | RATING OFFICIAL PRINTED NAME AND TITLE: | DATE: |
| REVIEWING OFFICIAL SIGNATURE:<br>[redacted] | REVIEWING OFFICIAL PRINTED NAME AND TITLE:<br>Akoua Enow, Acting CHCO | DATE: |
| EMPLOYEE SIGNATURE:<br>EVESTER EDD Digitally signed by EVESTER EDD Date: 2024.03.05 10:26:50 -05'00' | EMPLOYEE PRINTED NAME:<br>Evester Edd | DATE: |

**1. Name of performance element should go here. (Limited to 1,500 characters).**

Program Management: Develops, implements, and evaluates initiatives for performance management, awards, drug testing, workers' compensation, employee relations, labor relations, collective bargaining agreement and all facets of supervisory training.

Description of performance standard should go here. (Limited to 2,000 characters).

-Works directly with the Deputy CHCO and ERL Divison Chief to track and resolve all ER/LR issues at the lowest possible level in cooperation with the Office of General Counsel (where needed) and/or Office of Civil Rights and Diversity.

-Assist in implementing a training calendar for all supervisors that includes new supervisory training as well as refresher training to comply with the requirements in the Code of Federal Regulations.

- Design, implement or procure supervisor trainings to be conducted by ERLR staff or vendors and track attendees so we can achieve 100% completion rates for supervisors.
- Revise and implement annual awards program to align with performance cycle.
- Collaborate with HR Policy Team and General Counsel to develop and/or update agency-wide policies HR specialty areas, such as employee relations. labor relations and performance management.
- Consistently engage and conduct joint labor meetings with union leadership and stewards
- Completes all Federally Mandated and Agency Required training as specified by Peace Corps MS 664.

Specific tasks for 2023:
- Complete all mandatory training within each quarter.
- Career Development - Attend training courses and webinars. Seek opportunities (e.g., participation in working groups, mentoring programs, etc.) to grow professionally.

**Meets or Exceeds** ☑ **Does Not Meet** ☐

**2. Name of performance element should go here. (Limited to 1,500 characters).**

Management and Program oversight:

Description of performance standard should go here. (Limited to 2,000 characters).

-Create a pay equity policy; and direct the Agency's response to any and all pay equity grievances, information requests, and EEO complaints

-Manage and prepare all responses by OHR to OSS regarding suitability determinations where OHR refutes OSS' decisions

-Create a CHCO Directive and manage and prepare all responses involving disputes concerning a request/s for back pay

-Co-Management negotiator for upcoming collective bargaining on the entire Union Contract

-Manage the update and revision of the Farr-Castle SOP for OHR. This would involve coordination with three offices involved in the process, addressing Privacy Act concerns relating to all related to the creation of forms and the management of documentation.

-Assist in the development and delivery of the new Performance Management System for implementation in 2024; as well as changes to the Awards Program, particularly awards issued at the Director's level.

-Work with the newly hired Operations and Special Project and ELR Division Managers in transitioning the numerous programs and tasks currently managed by the Employee and Labor Relations Division.

-Draft Drug testing procedures

**Meets or Exceeds** ☑ **Does Not Meet** ☐

**3. Name of performance element should go here. (Limited to 1,500 characters).**

Communication, Teamwork, and Collaboration

Description of performance standard should go here. (Limited to 2,000 characters).

Collaborate and maintain liaison with external stakeholders such as OIG and Compliance Office to include closing out outstanding actions, conducting Enterprise Risk Management activities, and preparing for upcoming audits such as the Financial Audit.

Establish and maintain effective professional working relationships with senior leadership, agency customers, co-workers, the general public and others. Ensure oral and written communications are professional, clear, concise, grammatically correct and effective. Initiate and respond to collaborative efforts with co-workers. Treat others with respect, reinforce their efforts and contribute to team building and team results. Foster collaboration with other team members, key stakeholders, and other contacts to provide support to, and contribute to the improvement of, Peace Corps HR Policy.

**Meets or Exceeds** ☑ **Does Not Meet** ☐

**4. Name of performance element should go here. (Limited to 1,500 characters).**

Diversity Equity, and Inclusion

Description of performance standard should go here. (Limited to 2,000 characters).
Cultivate a supportive, welcoming, and inclusive work environment and contribute to the Agency' diversity and inclusion goals.

Clearly and consistently model tact, respect, courtesy and professionalism in interactions with internal and external customers without regard to race, color, religion, sex, national origin, age (over 40), disability, sexual orientation, gender identity, gender expression, marital status, parental status, political affiliation, union membership, or genetic information. Uphold the principles and practices of the Sexual Assault Prevention and Response Program.

**Meets or Exceeds** ☑ **Does Not Meet** ☐

**5. Name of performance element should go here. (Limited to 1,500 characters).**

Safeguarding of Classified Information and Confidential Personnel Information. Properly safeguards classified information by only distributing and/or discussing classified information with authorized employees who have the appropriate level security clearance.

Description of performance standard should go here. (Limited to 2,000 characters).

-Follows required protocols when creating, handling, accessing, storing or destroying classified information.

-Ensures national security information is appropriately stored in a GSA Approved container when not in the employee's physical possession,

-Ensures national security information is appropriately destroyed via a High Security Crosscut Shredder.

**Meets or Exceeds** ☑ **Does Not Meet** ☐

**6. Name of performance element should go here. (Limited to 1,500 characters).**

Description of performance standard should go here. (Limited to 2,000 characters).

**Meets or Exceeds** ☑ **Does Not Meet** ☐

**Mid-Year Review Narrative (Optional): (Limited to 1,800 characters).**

During the discussion, I informed you that up to this point, your overall performance has been outstanding. In our conversation, I shared with you that I am well pleased with your engagement and participation in assisting the Employee/Labor Relation Division Chief during the Collective Bargaining with union chapter (3548). During this time, you played a key role in establishing the ground rules and developing processes and procedures in communication encouraging transparency and dialogue during meetings. Additionally, during this period, you immediately got engaged and resolved three ongoing performance and conduct cases, reducing any risk to the Agency. As a key member of the working group for the new performance Management program / System, you have provided valuable historical information/data in preparation for the rollout of a new Tiered rating system. Moving forward for the remainder of the year, continually finalizing the Performance Management (MS-626) policy/procedures. Other areas I want to focus on for remainder of the year are: Finalizing the workers compensation procedures; Settling or administering the first PC employee claim under the Havana Act ($150k claim), Revisiting the overseas drug testing contract with Abbott to possibly implement overseas testing through the Embassy clinics; Drafting the new awards policy reflecting both performance awards under the tiered system and the Director level awards and any added awards; Assisting (chiefly from a historical ELR perspective), a number of PC policies and procedures yet to be drafted or finalized (ex. Administrative grievance procedure, corrective/disciplinary actions, and merit staffing); Continuing to work with front office, OGC, OIG, volunteer and contractor recruitment to implement selection, investigation and records practices under Farr-Castle. To ensure we keep the line of communication open/situation awareness please let me know when you are communicating with internal/external offices relating to ELR matters, policies, and procedures. Keep the g ood work up.

**Summary of Employee Performance (narrative addressing each performance element is mandatory for *Final Performance Appraisal* for employees whose positions are covered by the Bargaining Unit):**

**Final Performance Appraisal Narrative (Required): (Limited to 7,000 characters).**

Evester Edd is an exceptional Employee Labor Relations manager who consistently provides products and services above the expected performance standards. The Employee Labor and Relations Division has been without a full staff since 2022. Mr. Edd was sought out by the Acting CHCO, to extend him for an additional 18 months past the Peace Corps five-year tour rule. Evester is dependable and met all expectations (asked of him in 2023), in a timely and professional manner. Mr. Edd participated and provided valuable historical information and data to a three-person management team negotiating the current Union/PC Contract that has not been updated for over twenty years. Also, he provided the initial drafts for both the policy and procedures to MS 626; while participating in the drafting meetings with HR and OGC.

During the rating year the was lead trainer for the performance management program and participated in several meeting with OPM seeking advice on developing effective performance elements and standards under the new tiered rating system, while he conducted performance elements and standards training (90-120 minutes) for all domestic PC offices; and drafted sample standards for all domestic offices using the SMART goals. He drafted the workers compensation procedures to MS 682 and made modifications to the previously drafted policy. He also, collaborated with Kate Becker, HR, OGC, OIG, VRS, PCR, and CFO to implement a process relating to Farr-Castle to identify problems applications for direct hire, contract and volunteer positions within PC; implement filing and records keeping requirements (SORN) under the Privacy Act.

**Final Performance Appraisal Narrative (Continued):**

In 2023, Evester Part of a working group collaborated with HR, office of Compliance, OGC and the State Department in responding to a claim filed under the Havana Act resulting in a fair settlement. Additionally, he collaborated with HR and VRS in responding to several Union's dispute regarding whether overtime is available for VRS employees involved in volunteer staging. These meetings were held with VRS senior management, and all supervisors provided written guidance in resolving the matter. Met with the Chief of Staff, to resolve an anti-harassment complaint.

Evester Edd In 2023, he worked with the Union, front office, the Congressional Relations, Office of Management and VRS in the closure of VRS Regional Offices- June 9th NY RRO closed; July 14th Chicago RRO closed; July 28th Oakland RRO closed. All agreements with the Union surrounding the closures were fulfilled, for example, arrangements were made with the impacted employees to allocate available office supplies before the offices were officially closed.

Mr. Edd successfully resolved an employee relations matter involving an employee with the Office of Victim Advocacy preventing the agency from being at risk and reducing further litigations. Evester provided sound advice to the Deputy CHCO in response to a request for back pay from a VRS supervisor relating to HR's prior classification decision finding that the supervisor was performing higher grade work and should be promoted. Mr. Edd researched the past appraisal comments and written awards justifications to determine whether VRS management acknowledged that the employee performed higher graded work. Mr. Edd's findings revealed that VRS never acknowledged that the employee performed higher graded work.

Mr. Edd worked with the Chief of Staff, the Acting CHCO and the office Security and Safety to research relevant personnel, tax and financial documentation to draft a suitability memo finding the subject's potential appointment not suitable because of Material, intentional false statement, or deception or fraud in examination or appointment and Criminal or dishonest conduct. Evester completed all mandatory training as required by MS 664.
Mr. Edd continued to be a valuable team member of OHR and has met performance expectations for 2023. I look forward to working with him during the upcoming year.

**SUMMARY RATING: MEETS OR EXCEEDS ☑ DOES NOT MEET ☐**